In re Sturge, Nicholas Collwyn; Certain Underwriters at Lloyds; London and Phoenix Assur. Ltd.; Prudential Assurance Co.; Ocean Marine Insurance Co., Ltd.; Yorkshire Insurance Co., Ltd.; Marine Insurance Co., Ltd.; British Law Insurance Co., Ltd.; Norwich Union Fire Ins. Soc., Ltd; Marine Insurance Co., Ltd.; Threadneedle Insurance Co., Ltd.; Atlas Assurance Co., Ltd.; Sovereign Marine & General; Bishopsgate Insurance PLC; Nippon Fire & Marine Ins. Co.; Orion Insurance Company PLC; Scan-dia UK Insurance PLC; Yasuda Fire and Marine Ins. Co.; Lombard Continental Ins. PLC; London & Hull Maritime Inc. Co.; Minster Insurance Co., Ltd.; Scottish Lion Ins. Co., Ltd.; Folksam International Ins. Co.; Turegum Insurance Co.; — Defendant(s); applying for supervisory and/or remedial writs; Parish of Terrebonne, Thirty-Second Judicial District Court, Div. “E”, No. 92983; to the Court of Appeal, First Circuit, No. CA92 0664.
Denied.
*1068 MARCUS, J., would grant the writ.
DENNIS, J., not on panel.